JOHN ABBEY, APPELLEE, V. CHARLES POTTER ET AL., APPELLANTS.

FILED MARCH 2, 1932. No. 28152.

*Bernard McNeny, J. S. Gilham* and *L. A. Sprague,* for appellants.

*Howard S. Foe, contra.*

Heard before ROSE, GOOD and EBERLY, JJ., and CARTER and CHASE, District Judges.

PER CURIAM.

Plaintiff brought this action in the district court for Webster county to recover damages resulting from an automobile collision. From a verdict and judgment in favor of plaintiff defendants have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.